## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NATIONAL JUNIOR BASEBALL LEAGUE, individually and on Behalf of all others similarly situated, | : : : : : | Civ. Action. No. 08-5723 (FLW) |
| Plaintiff, | : | **ORDER** |
| v. | : : : |  |
| PHARMANET DEVELOPMENT GROUP INC., JEFFREY P. MCMULLEN, and JOHN P. HAMILL, | : : : : |  |
| Defendants. | : |  |

**THIS MATTER** having been opened to the Court by Alan E. Kraus, Esq., counsel for Defendants PharmaNet Development Group, Inc., Jefferey P. McMullen and John P. Hamill (collectively, "Defendants"), on a motion to dismiss Lead Plaintiff Macomb County Employees' Retirement System's ("Plaintiff") Amended Class Action Complaint; it appearing that Plaintiff, through its counsel, Peter S. Pearlman, Esq., opposes the motion; the Court having reviewed the motion, opposition and reply papers in connection with motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 30th day of March, 2010,

**ORDERED** that Defendants' motion is **GRANTED**;

**ORDERED** that Plaintiff's claims regarding the Pfizer Contract are dismissed with prejudice; it is further

**ORDERED** that the remaining claims in the Amended Complaint are dismissed without prejudice; Plaintiff shall have thirty-days (30) from the date of this Order to amended its Amended Complaint consistent with the Opinion.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge
