COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

RECEIVED

JUN - 3 2010

AT 8:30_____
  WILLIAM T. WALSH ___M
    CLERK

*Liaison Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL JUNIOR BASEBALL LEAGUE, Individually and on Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PHARMANET DEVELOPMENT GROUP, INC., JEFFREY P. MCMULLEN, and JOHN P. HAMILL,<br><br>                  Defendants. | No. 3:08-cv-05723-FLW-TJB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Lead Plaintiff Macomb County Employees' Retirement System ("Macomb County" or "Lead Plaintiff") and defendants PharmaNet Development Group, Inc., Jeffrey P. McMullen and John P. Hamill (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties") submit this Stipulation and [Proposed] Order of Dismissal With Prejudice, and state as follows:

WHEREAS, on November 20, 2008, National Junior Baseball League filed a complaint captioned *National Junior Baseball League v. PharmaNet Development Group, Inc., et al.*, Case No. 3:08-CV-05723-FLW-TJB (Doc. 1), a purported class action brought against Defendants alleging violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act;

1

WHEREAS, on February 18, 2009, the Court entered an Order appointing Macomb County as Lead Plaintiff and approving the selection of Macomb County's counsel, Coughlin Stoia Geller Rudman & Robbins LLP (n/k/a Robbins Geller Rudman & Dowd LLP) and Cohn Lifland Pearlman Herrmann & Knopf LLP, as Lead and Liaison Counsel, respectively (Doc. 13);

WHEREAS, on April 27, 2009, Lead Plaintiff filed an Amended Class Action Complaint for Violations of Federal Securities Laws (the "Amended Complaint") (Doc. 16);

WHEREAS, Defendants jointly filed a motion to dismiss the Amended Complaint (the "Motion") (Doc. 17) on June 11, 2009; Lead Plaintiff filed opposition to the Motion on August 3, 2009 (Doc. 25); and Defendants filed a reply in further support of the Motion, and in response to Lead Plaintiff's opposition, on September 8, 2009 (Doc. 28);

WHEREAS, on March 30, 2010, the Court entered an Order (the "March 30 Order") (Doc. 32), in which it dismissed the Amended Complaint but granted leave to Lead Plaintiff to file a further amended complaint, in a manner consistent with the Court's Opinion (the "March 30 Opinion") (Doc. 31), within 30 days of the date of the March 30 Order;

WHEREAS, on April 26, 2010, Lead Plaintiff filed a letter application with the Court, requesting a 46-day extension of the deadline associated with filing a further amended complaint in order to afford Lead Plaintiff more time to, among other things, complete its resumed factual investigation, evaluate the March 30 Opinion, and determine whether it could file a further amended complaint in a manner consistent with the March 30 Opinion (Doc. 33);

WHEREAS, on April 27, 2010, the Court entered an Order (Doc. 35) granting Lead Plaintiff's application and permitting Lead Plaintiff to file a further amended complaint on or before June 14, 2010, which Order the Court modified in an Amended Order, dated April 28, 2010 (Doc. 36), to permit Lead Plaintiff to file such complaint on or before June 2, 2010;

2

WHEREAS, since the issuance of the March 30 Opinion, Lead Plaintiff has conducted an extensive further investigation, has thoroughly evaluated the March 30 Opinion, and has elected not to file a further amended complaint or an appeal of the March 30 Opinion or Order;

WHEREAS, the Parties agree that this litigation was not brought or defended in bad faith or without a reasonable basis, by the Parties or their counsel, in violation of Rule 11 of the Federal Rules of Civil Procedure ("Rule 11"); and

WHEREAS, in view of the foregoing, the Parties agree to seek dismissal of this action with prejudice, with the Parties bearing their own fees, costs and expenses;

IT IS HEREBY STIPULATED and AGREED:

1.      That this action is dismissed with prejudice, with the Parties bearing their own fees, costs and expenses;

2.      That Lead Plaintiff will not file an appeal of the March 30 Opinion or Order; and

3.      That the Parties and their counsel at all times complied with and satisfied the requirements of Rule 11.

Dated:  June 2, 2010

COHN LIFLAND PEARLMAN            LATHAM & WATKINS LLP
  HERRMANN & KNOPF LLP


By: _____ */s/ Peter S. Pearlman* _____        By: _____ */s/ Alan E. Kraus* _____

Peter S. Pearlman                              Alan E. Kraus
Park 80 Plaza West-One                         Larisa V.K. Gjivoje
Saddle Brook, NJ 07663                         John M. Falzone
Telephone: 201/845-9600                        Joan E. Kam
201/845-9423 (fax)                             One Newark Center, 16th Floor
                                               Newark, NJ 07101
*Liaison Counsel for Lead Plaintiff*           Telephone: 973/639-1234
                                               973/639-7298 (fax)

                                               *Attorneys for Defendants*

ROBBINS GELLER
   RUDMAN & DOWD LLP
Samuel H. Rudman
David A. Rosenfeld
Joseph Russello
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Lead Counsel for Lead Plaintiff*

SO ORDERED THIS

_3rd_ day of June, 2010.

_____
The Honorable Freda L. Wolfson, U.S.D.J.

4